UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                       Bankr. Case No. 19-29156-13

ANTHONY J. DINUOVA                              Chapter 13

      Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Americredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/  Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                             Bankr. Case No. 19-29156-13

ANTHONY J. DINUOVA                                                 Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 14, 2019 :

ERIC CLAYMAN                                       US Trustee
412 S WHITE HORSE PIKE                 U.S. Trustee
AUDUBON, NJ  08106                      US Dept of Justice
                                                          Office of the US Trustee
                                                          One Newark Center Ste 2100
                                                          Newark, NJ 07102

                                                    By___/s/ Mandy Youngblood_____
                                                          Mandy Youngblood

xxxxx86831 / 1002891