Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 19–29156–JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Anthony J. DiNuova  
   dba Tony's Custom Construction  
   2413 Hartford Drive  
   Glendora, NJ 08029

Social Security No.:  
   xxx–xx–9728

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/18/19  
Time:          10:00 AM  
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 29, 2019  
JAN: lgr

                                                 Jeanne Naughton  
                                                 Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29156-JNP
Anthony J. DiNuova                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2            Date Rcvd: Oct 29, 2019
                              Form ID: 132           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
```
db             +Anthony J. DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518503232       Aetna,    c/o ORS,    PO Box 291269,    Nashville, TN 37229-1269
518503235       Breg, Inc.,    c/o Benuck & Rainey, Inc.,    25 Concord Road,    Lee, NH 03861-6659
518527711      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518503237       Capital One Bank,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518503239      +Capital One Bank USA NA,    810 Bloomfield Avenue,    West Caldwell, NJ 07006-6700
518503240      +Capital One Bank USA NA,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
                 Eatontown, NJ 07724-2265
518503243       Citizens Bank,    c/o Central Credit Services, LLC,    PO Box 1880,
                 Saint Charles, MO 63302-1880
518503245       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518503246       Cooper University Healthcare,    c/o Arcadia Recovery Bureau, LLC,    PO Box 70256,
                 Philadelphia, PA 19176-0256
518503249       Emerg Phy Assoc of S Jers,    c/o ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
518503248       Emerg Phy Assoc of S Jers,    c/o HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
518503250       GMAC,    Payment Processing Center,    PO Box 78143,    Phoenix, AZ 85062-8143
518503254      +HSBC Bank Nevada, NA/Orchard Bank,    c/o FBCS, Inc.,    330 S. Warminster Rd., Suite 353,
                 Hatboro, PA 19040-3433
518503253       Haddon Emergency Physicians,    c/o Transworld Systems, Inc.,    PO Box 15095,
                 Wilmington, DE 19850-5095
518503258      +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518503256      +Kennedy Health System,    c/o Jefferson Cherry Hill Hospital,    2201 Chapel Avenue West,
                 Cherry Hill, NJ 08002-2048
518503257      +Kennedy Health System,    c/o Thomas and Cook,    PO Box 598,    Woodbury, NJ 08096-7598
518537062      +Life Storage,    851 North Black Horse Pike,    Blackwood, NJ 08012-3936
518503259       Mainline Emergency Medicine,    PO Box 415751,    Boston, MA 02241-5751
518503262       Millenium Health, LLC,    PO Box 844468,    Dallas, TX 75284-4468
518503266       PSE&G Co,    PO Box 14444,    New Brunswick, NJ 08906-4444
518537061      +Paula DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518519648      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd #247,    Blasdell NY 14219-2553
518503269      +Select Portfolio Servicing,    c/o KML Law Group, PC,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518503270       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518503272      +Temple University Hospital,    ATTN: TUH Cashier,    3401 North Broad Street,
                 Philadelphia, PA 19140-5189
518515101      +U.S. Bank, N.A.,,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518503273      +Virtua Health System,    c/o Apex Asset Management LLC,    PO Box 7044,
                 Lancaster, PA 17604-7044
518503274       Virtua-West Jersey Health System,    Lockbox #8267,    PO Box 8500,    Philadelphia, PA 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 23:56:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518503233      +E-mail/Text: bkrpt@retrievalmasters.com Oct 29 2019 23:56:10     AMCA,    PO BOX 1235,
                 Elmsford, NY 10523-0935
518520345       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 29 2019 23:55:44
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
518503234       E-mail/Text: legal@arsnational.com Oct 29 2019 23:55:49     Barclays Bank Delaware/JUNPER,
                 c/o Associated Recovery Systems,    PO Box 463023,    Escondido, CA 92046-3023
518503236      +E-mail/Text: bnc@alltran.com Oct 29 2019 23:55:19     Capital One Bank,
                 c/o United Recovery Systems, LP,    5800 North Course Drive,    Houston, TX 77072-1613
518503241       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2019 00:03:31
                 Capital One Bank, USA, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518503242      +E-mail/Text: bankruptcy@cavps.com Oct 29 2019 23:56:33     Cavalry Portfolio Service,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
518503244       E-mail/Text: documentfiling@lciinc.com Oct 29 2019 23:54:45     Comcast,    PO Box 70219,
                 Philadelphia, PA 19176-0219
518503247       E-mail/PDF: creditonebknotifications@resurgent.com Oct 29 2019 23:51:56     Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518503251      +E-mail/Text: tlynch@gtmua.com Oct 29 2019 23:56:34     GTMUA,    PO BOX 216,
                 Glendora, NJ 08029-0216
518503255       E-mail/Text: data_processing@fin-rec.com Oct 29 2019 23:55:48     HSBC Card Services,
                 c/o Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
518503252       E-mail/Text: bkynotice@harvardcollect.com Oct 29 2019 23:57:10     Haddon Emergency Physicians,
                 c/o Harvard Collection,    4839 N Elston Avenue,    Chicago, IL 60630-2534
518513970       E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 23:52:55     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518503260       E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 23:51:52     Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Oct 29, 2019
                              Form ID: 132             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518503261       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2019 23:56:11      Midland Funding, LLC,
                 3111 Camino Del Rio North,   Suite 1300,   San Diego, CA 92108-5750
518503263       +E-mail/Text: csc.bankruptcy@amwater.com Oct 29 2019 23:56:58      New Jersey American Water,
                 PO Box 578,   Alton, IL 62002-0578
518503265       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55
                 Progressive Garden State Ins. Co.,   c/o Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3225
518503264       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55
                 Progressive Garden State Ins. Co.,   c/o Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
518503267       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55      Quest Diagnostics,
                 c/o Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3225
518503271        E-mail/Text: appebnmailbox@sprint.com Oct 29 2019 23:56:09      Sprint,   PO Box 4191,
                 Carol Stream, IL 60197-4191
518503268       +E-mail/Text: jennifer.chacon@spservicing.com Oct 29 2019 23:57:08
                 Select Portfolio Servicing,   PO BOX 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518503238*      +Capital One Bank,   c/o Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

```
          Eric   Clayman    on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association et al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```