**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.:    19-29156

Anthony J. DiNuova    Judge:

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original          ☐ Modified/Notice Required          Date: 10/28/2019

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____EJC____    Initial Debtor: ____AJD____    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __275__ per __month__ to the Chapter 13 Trustee, starting on __November, 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 2413 Hartford Drive, Glendora, NJ 08029
Proposed date for completion: 06/30/2020

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

Resume regular monthly payments to Select Portfolio Service November 1, 2019.

**Part 2:    Adequate Protection** ☒ **NONE**

  a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,750 plus all other court approved fees and costs |
| ~~DOMESTIC SUPPORT OBLIGATION~~ | | |

  b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☒ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| GMAC | 2010 Chevy Suburban | $16,000 | $8,500 | N/A | $8,500 cramdown | 6% till rate | $9,860 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____0_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| GMAC | 2010 Chevy Suburban | $16,000 | $8,500 | $9,860 | Any remaining balance due |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Jenkins & Clayman
3) GMAC
4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 10/28/2019 /s/ Anthony J. DiNuova
Debtor

Date: _____ _____
Joint Debtor

Date: 10/28/2019 /s/ Eric J Clayman
Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                Case No. 19-29156-JNP
Anthony J. DiNuova                                                    Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Oct 29, 2019
                               Form ID: pdf901              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +Anthony J. DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518503232       Aetna,   c/o ORS,    PO Box 291269,    Nashville, TN 37229-1269
518503235       Breg, Inc.,   c/o Benuck & Rainey, Inc.,     25 Concord Road,    Lee, NH 03861-6659
518527711      +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518503237       Capital One Bank,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518503239      +Capital One Bank USA NA,    810 Bloomfield Avenue,    West Caldwell, NJ 07006-6700
518503240      +Capital One Bank USA NA,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
                 Eatontown, NJ 07724-2265
518503243       Citizens Bank,    c/o Central Credit Services, LLC,    PO Box 1880,
                 Saint Charles, MO 63302-1880
518503245       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518503246       Cooper University Healthcare,    c/o Arcadia Recovery Bureau, LLC,    PO Box 70256,
                 Philadelphia, PA 19176-0256
518503249       Emerg Phy Assoc of S Jers,    c/o ARS,    PO Box 630806,   Cincinnati, OH 45263-0806
518503248       Emerg Phy Assoc of S Jers,    c/o HRRG,    PO Box 5406,   Cincinnati, OH 45273-7942
518503250       GMAC,   Payment Processing Center,    PO Box 78143,    Phoenix, AZ 85062-8143
518503254      +HSBC Bank Nevada, NA/Orchard Bank,    c/o FBCS, Inc.,   330 S. Warminster Rd., Suite 353,
                 Hatboro, PA 19040-3433
518503253       Haddon Emergency Physicians,    c/o Transworld Systems, Inc.,    PO Box 15095,
                 Wilmington, DE 19850-5095
518503258      +KML Law Group,    216 Haddon Avenue,    Suite 406,   Westmont, NJ 08108-2812
518503256      +Kennedy Health System,    c/o Jefferson Cherry Hill Hospital,    2201 Chapel Avenue West,
                 Cherry Hill, NJ 08002-2048
518503257      +Kennedy Health System,    c/o Thomas and Cook,    PO Box 598,   Woodbury, NJ 08096-7598
518503259       Mainline Emergency Medicine,    PO Box 415751,   Boston, MA 02241-5751
518503262       Millenium Health, LLC,    PO Box 844468,    Dallas, TX 75284-4468
518503266       PSE&G Co,    PO Box 14444,   New Brunswick, NJ 08906-4444
518519648      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd #247,    Blasdell NY 14219-2553
518503269      +Select Portfolio Servicing,    c/o KML Law Group, PC,   216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518503270       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518503272      +Temple University Hospital,    ATTN: TUH Cashier,    3401 North Broad Street,
                 Philadelphia, PA 19140-5189
518515101      +U.S. Bank, N.A.,,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518503273      +Virtua Health System,    c/o Apex Asset Management LLC,    PO Box 7044,
                 Lancaster, PA 17604-7044
518503274       Virtua-West Jersey Health System,    Lockbox #8267,    PO Box 8500,   Philadelphia, PA 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 23:56:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518503233      +E-mail/Text: bkrpt@retrievalmasters.com Oct 29 2019 23:56:10      AMCA,    PO BOX 1235,
                 Elmsford, NY 10523-0935
518520345       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 29 2019 23:55:44
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
518503234       E-mail/Text: legal@arsnational.com Oct 29 2019 23:55:49      Barclays Bank Delaware/JUNPER,
                 c/o Associated Recovery Systems,    PO Box 463023,   Escondido, CA 92046-3023
518503236      +E-mail/Text: bnc@alltran.com Oct 29 2019 23:55:19      Capital One Bank,
                 c/o United Recovery Systems, LP,    5800 North Course Drive,    Houston, TX 77072-1613
518503241       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 23:52:32
                 Capital One Bank, USA, N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
518503242      +E-mail/Text: bankruptcy@cavps.com Oct 29 2019 23:56:29      Cavalry Portfolio Service,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
518503244       E-mail/Text: documentfiling@lciinc.com Oct 29 2019 23:54:42      Comcast,    PO Box 70219,
                 Philadelphia, PA 19176-0219
518503247       E-mail/PDF: creditonebknotifications@resurgent.com Oct 29 2019 23:52:28      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518503251      +E-mail/Text: tlynch@gtmua.com Oct 29 2019 23:56:34      GTMUA,    PO BOX 216,
                 Glendora, NJ 08029-0216
518503255       E-mail/Text: data_processing@fin-rec.com Oct 29 2019 23:55:48      HSBC Card Services,
                 c/o Financial Recovery Services, Inc.,    PO Box 385908,   Minneapolis, MN 55438-5908
518503252       E-mail/Text: bkynotice@harvardcollect.com Oct 29 2019 23:57:10      Haddon Emergency Physicians,
                 c/o Harvard Collection,    4839 N Elston Avenue,    Chicago, IL 60630-2534
518513970       E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 23:51:52      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518503260       E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 23:51:50      Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
518503261      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2019 23:56:10      Midland Funding, LLC,
                 3111 Camino Del Rio North,    Suite 1300,   San Diego, CA 92108-5750
```

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Oct 29, 2019
                             Form ID: pdf901          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518503263     +E-mail/Text: csc.bankruptcy@amwater.com Oct 29 2019 23:56:58     New Jersey American Water,
               PO Box 578,   Alton, IL 62002-0578
518503265     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55
               Progressive Garden State Ins. Co.,   c/o Credit Collection Services,   Two Wells Avenue,
               Newton Center, MA 02459-3225
518503264     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55
               Progressive Garden State Ins. Co.,   c/o Credit Collection Services,   725 Canton Street,
               Norwood, MA 02062-2679
518503267     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55     Quest Diagnostics,
               c/o Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3225
518503271      E-mail/Text: appebnmailbox@sprint.com Oct 29 2019 23:56:08     Sprint,   PO Box 4191,
               Carol Stream, IL 60197-4191
518503268     +E-mail/Text: jennifer.chacon@spservicing.com Oct 29 2019 23:57:08
               Select Portfolio Servicing,   PO BOX 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
518503238*    +Capital One Bank,   c/o Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:

```
          Eric Clayman    on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association et al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```