**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Anthony DiNuova | CHAPTER 13 CASE NO. 19-29156/JNP |
| Debtor | DEBTOR'S CERTIFICATION IN SUPPORT OF CONFIRMATION |

I, Anthony DiNuova, by way of Certification hereby state:

1. I am the Chapter 13 debtor and I am authorized to make this certification.

2. On November 7, 2019, I met with the Chapter 13 Trustee for my 341(a) meeting. I wish to report the following:

    a. My employer is now deducting $68.75 a week from my pay for the benefit of the Trustee.

    b. Over the years, I have accumulated many tools and materials as I am a plumber. I always found it more convenient, and professional, and better for my living arrangement to rent a storage facility to keep my tools and materials in the storage facility. I understand the Trustee has objected to this, so, by the end of the year, I will remove the objects from the storage facility and I will no longer rent a storage facility. I will amend my budget accordingly.

    c. My bankruptcy petition also reveals that I was planning on being self-employed and operating as "Tony's Custom Construction, LLC." Although I considered this self-employment approach, I have obtained employment with H2O Mechanical, LLC and it is a good job and they have guaranteed me forty (40) hours or more recently and there is no time for me to be self-

employment and I have no inclination to self-employed. As such, I hereby certify that I am no longer self-employed.

        d.       Finally, I am amending my bankruptcy petition to disclose that I did lose money gambling during the one (1) year prior to filing bankruptcy. I will fill out the Gamber's Exclusion List forms. I do want my Trustee and the Court to know that I have probably not gambled in the past ten (10) months.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 19, 2019              /s/ Anthony DiNuova
                                      Anthony DiNuova, Debtor