| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorney for Debtor(s) | |
| In Re:<br>Anthony DiNuova | Case No.: 19-29156<br>Judge: JNP<br>Chapter: 13 |

Recommended Local Form:     ☑ Followed     ☐ Modified

PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, Anthony DiNuova, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on 5/20/20.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 05 / 14 / 2020                             *Anthony DiNuova*
                                                  Signature of Debtor

DATED: _____                             _____
                                                  Signature of Joint Debtor

ncw.5/23/06:jml

# Signature Certificate

Document Ref.: D5VY3-JVA7D-B87VL-TIGKH

Document signed by:



**Anthony DiNuova**

Verified E-mail:
tonyinc555@comcast.net

*Anthony DiNuova*

IP: 73.33.28.163    Date: 14 May 2020 22:11:42 UTC

Document completed by all parties on:
14 May 2020 22:11:42 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

