Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 19−29156−JNP
                                      Chapter: 13
                                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   dba Tony's Custom Construction
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/29/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 29, 2020
JAN: kvr

                                                                                    Jeanne Naughton
                                                                                    Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                  Case No. 19-29156-JNP
Anthony J. DiNuova                                                      Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2             Date Rcvd: Jun 29, 2020
                              Form ID: 148               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db             +Anthony J. DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518503232       Aetna,   c/o ORS,    PO Box 291269,   Nashville, TN 37229-1269
518565314      +AmeriCredit Financial Services, Inc,    John R. Morton, Jr,    Morton & Craig, LLC,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
518503237       Capital One Bank,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518503239      +Capital One Bank USA NA,    810 Bloomfield Avenue,    West Caldwell, NJ 07006-6700
518503240      +Capital One Bank USA NA,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,
                 Eatontown, NJ 07724-2265
518503243       Citizens Bank,    c/o Central Credit Services, LLC,    PO Box 1880,
                 Saint Charles, MO 63302-1880
518503245       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
518503246       Cooper University Healthcare,    c/o Arcadia Recovery Bureau, LLC,    PO Box 70256,
                 Philadelphia, PA 19176-0256
518503249       Emerg Phy Assoc of S Jers,    c/o ARS,   PO Box 630806,    Cincinnati, OH 45263-0806
518503248       Emerg Phy Assoc of S Jers,    c/o HRRG,   PO Box 5406,    Cincinnati, OH 45273-7942
518503250       GMAC,   Payment Processing Center,    PO Box 78143,   Phoenix, AZ 85062-8143
518574056      +Gloucester Township Municipal Utilities Authority,     Leonard J. Wood, Esquire,
                 1250 Chews Landing Road,    Laurel Springs, NJ 08021-2816
518503254      +HSBC Bank Nevada, NA/Orchard Bank,    c/o FBCS, Inc.,    330 S. Warminster Rd., Suite 353,
                 Hatboro, PA 19040-3433
518503253       Haddon Emergency Physicians,    c/o Transworld Systems, Inc.,    PO Box 15095,
                 Wilmington, DE 19850-5095
518503258      +KML Law Group,    216 Haddon Avenue,   Suite 406,    Westmont, NJ 08108-2812
518503256      +Kennedy Health System,    c/o Jefferson Cherry Hill Hospital,    2201 Chapel Avenue West,
                 Cherry Hill, NJ 08002-2048
518503257      +Kennedy Health System,    c/o Thomas and Cook,    PO Box 598,   Woodbury, NJ 08096-7598
518527711     ++LCI,   PO BOX 1931,   BURLINGAME CA 94011-1931
               (address filed with court: COMCAST,    PO BOX 1931,    Burlingame, CA 94011)
518537062      +Life Storage,    851 North Black Horse Pike,    Blackwood, NJ 08012-3936
518503259       Mainline Emergency Medicine,    PO Box 415751,    Boston, MA 02241-5751
518503262       Millenium Health, LLC,    PO Box 844468,   Dallas, TX 75284-4468
518606401       PSE&G,   Attn: Bankruptcy Dept.,    PO Box 709,   Newark NJ 07101-0709
518503266       PSE&G Co,    PO Box 14444,   New Brunswick, NJ 08906-4444
518537061      +Paula DiNuova,    2413 Hartford Drive,   Glendora, NJ 08029-1756
518557560       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518519648      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd #247,    Blasdell NY 14219-2553
518503269      +Select Portfolio Servicing,    c/o KML Law Group, PC,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518503270       South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091
518503272      +Temple University Hospital,    ATTN: TUH Cashier,    3401 North Broad Street,
                 Philadelphia, PA 19140-5189
518515101      +U.S. Bank, N.A.,,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518503273      +Virtua Health System,    c/o Apex Asset Management LLC,    PO Box 7044,
                 Lancaster, PA 17604-7044
518503274       Virtua-West Jersey Health System,    Lockbox #8267,    PO Box 8500,   Philadelphia, PA 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2020 01:14:55      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2020 01:14:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Jun 30 2020 04:38:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 4000 Embarcadero Drive,    Arlington, TX 76014-4101
518503233      +EDI: RMCB.COM Jun 30 2020 04:38:00      AMCA,   PO BOX 1235,   Elmsford, NY 10523-0935
518520345       EDI: PHINAMERI.COM Jun 30 2020 04:38:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,   Arlington, TX 76096
518503234       EDI: ARSN.COM Jun 30 2020 04:38:00      Barclays Bank Delaware/JUNPER,
                 c/o Associated Recovery Systems,    PO Box 463023,   Escondido, CA 92046-3023
518503235      +E-mail/Text: customerservice2@benuckrainey.com Jun 30 2020 01:14:55       Breg, Inc.,
                 c/o Benuck & Rainey, Inc.,    25 Concord Road,   Lee, NH 03861-6624
518503236      +EDI: URSI.COM Jun 30 2020 04:38:00      Capital One Bank,   c/o United Recovery Systems, LP,
                 5800 North Course Drive,    Houston, TX 77072-1613
518503241       EDI: CAPITALONE.COM Jun 30 2020 04:38:00      Capital One Bank, USA, N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
518503242      +E-mail/Text: bankruptcy@cavps.com Jun 30 2020 01:15:10      Cavalry Portfolio Service,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
518617136      +E-mail/Text: bankruptcy@cavps.com Jun 30 2020 01:15:10      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518503244       EDI: COMCASTBLCENT Jun 30 2020 04:38:00      Comcast,   PO Box 70219,
                 Philadelphia, PA 19176-0219
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Jun 29, 2020
                              Form ID: 148               Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518503247        E-mail/PDF: creditonebknotifications@resurgent.com Jun 30 2020 01:12:57     Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
518503251       +E-mail/Text: tlynch@gtmua.com Jun 30 2020 01:15:13      GTMUA,   PO BOX 216,
                 Glendora, NJ 08029-0216
518503255        E-mail/Text: data_processing@fin-rec.com Jun 30 2020 01:14:30      HSBC Card Services,
                 c/o Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
518503252        E-mail/Text: bkynotice@harvardcollect.com Jun 30 2020 01:15:48      Haddon Emergency Physicians,
                 c/o Harvard Collection,    4839 N Elston Avenue,   Chicago, IL 60630-2534
518527711        EDI: LCIFULLSRV Jun 30 2020 04:38:00       COMCAST,   PO BOX 1931,   Burlingame, CA 94011
518513970        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 30 2020 01:12:45      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518503260        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 30 2020 01:12:15      Merrick Bank,
                 PO Box 660702,   Dallas, TX 75266-0702
518615618       +EDI: MID8.COM Jun 30 2020 04:38:00       Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518503261       +EDI: MID8.COM Jun 30 2020 04:38:00       Midland Funding, LLC,   3111 Camino Del Rio North,
                 Suite 1300,   San Diego, CA 92108-5750
518503263       +E-mail/Text: csc.bankruptcy@amwater.com Jun 30 2020 01:15:36      New Jersey American Water,
                 PO Box 578,   Alton, IL 62002-0578
518503265       +EDI: CCS.COM Jun 30 2020 04:38:00        Progressive Garden State Ins. Co.,
                 c/o Credit Collection Services,    Two Wells Avenue,   Newton Center, MA 02459-3225
518503264       +EDI: CCS.COM Jun 30 2020 04:38:00        Progressive Garden State Ins. Co.,
                 c/o Credit Collection Services,    725 Canton Street,   Norwood, MA 02062-2679
518503267       +EDI: CCS.COM Jun 30 2020 04:38:00        Quest Diagnostics,   c/o Credit Collection Services,
                 Two Wells Avenue,    Newton Center, MA 02459-3225
518503271        EDI: NEXTEL.COM Jun 30 2020 04:38:00       Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
518503268       +E-mail/Text: jennifer.chacon@spservicing.com Jun 30 2020 01:15:44
                 Select Portfolio Servicing,    PO BOX 65250,   Salt Lake City, UT 84165-0250
518616234        E-mail/Text: jennifer.chacon@spservicing.com Jun 30 2020 01:15:44      U.S. Bank, N.A., et. al,,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518503238*      +Capital One Bank,   c/o Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
518617138*      +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```