Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–29156–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anthony J. DiNuova
dba Tony's Custom Construction
2413 Hartford Drive
Glendora, NJ 08029

Social Security No.:
xxx–xx–9728

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 9/16/20
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 4, 2020
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                Case No. 19-29156-JNP
Anthony J. DiNuova                                                    Chapter 13
       Debtor

                               CERTIFICATE OF NOTICE
District/off: 0312-1             User: admin                  Page 1 of 3                  Date Rcvd: Aug 04, 2020
                                 Form ID: 132                 Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db             +Anthony J. DiNuova,    2413 Hartford Drive,     Glendora, NJ 08029-1756
518503232       Aetna,    c/o ORS,   PO Box 291269,    Nashville, TN 37229-1269
518565314      +AmeriCredit Financial Services, Inc,     John R. Morton, Jr,    Morton & Craig, LLC,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
518503237       Capital One Bank,    c/o Pressler & Pressler,     7 Entin Road,    Parsippany, NJ 07054-5020
518503239      +Capital One Bank USA NA,    810 Bloomfield Avenue,     West Caldwell, NJ 07006-6700
518503240      +Capital One Bank USA NA,    c/o Hayt, Hayt & Landau, LLC,     Two Industrial Way West,
                 Eatontown, NJ 07724-2265
518503243       Citizens Bank,    c/o Central Credit Services, LLC,     PO Box 1880,
                 Saint Charles, MO 63302-1880
518503245       Cooper University Health Care,    PO Box 95000-4345,     Philadelphia, PA 19195-4345
518503246       Cooper University Healthcare,    c/o Arcadia Recovery Bureau, LLC,     PO Box 70256,
                 Philadelphia, PA 19176-0256
518503249       Emerg Phy Assoc of S Jers,    c/o ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
518503248       Emerg Phy Assoc of S Jers,    c/o HRRG,    PO Box 5406,    Cincinnati, OH 45273-7942
518503250       GMAC,    Payment Processing Center,    PO Box 78143,    Phoenix, AZ 85062-8143
518574056      +Gloucester Township Municipal Utilities Authority,     Leonard J. Wood, Esquire,
                 1250 Chews Landing Road,    Laurel Springs, NJ 08021-2816
518503254      +HSBC Bank Nevada, NA/Orchard Bank,     c/o FBCS, Inc.,    330 S. Warminster Rd., Suite 353,
                 Hatboro, PA 19040-3433
518503253       Haddon Emergency Physicians,    c/o Transworld Systems, Inc.,     PO Box 15095,
                 Wilmington, DE 19850-5095
518503258     #+KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518503256      +Kennedy Health System,    c/o Jefferson Cherry Hill Hospital,     2201 Chapel Avenue West,
                 Cherry Hill, NJ 08002-2048
518503257      +Kennedy Health System,    c/o Thomas and Cook,     PO Box 598,   Woodbury, NJ 08096-7598
518537062      +Life Storage,    851 North Black Horse Pike,    Blackwood, NJ 08012-3936
518503259       Mainline Emergency Medicine,    PO Box 415751,     Boston, MA 02241-5751
518503262       Millenium Health, LLC,    PO Box 844468,    Dallas, TX 75284-4468
518606401       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518503266       PSE&G Co,    PO Box 14444,   New Brunswick, NJ 08906-4444
518537061      +Paula DiNuova,    2413 Hartford Drive,    Glendora, NJ 08029-1756
518557560       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,     PO BOX 141419,
                 IRVING, TX 75014-1419
518519648      +Pinnacle Service Solutions LLC,    4408 Milestrip Rd #247,     Blasdell NY 14219-2553
518503269      +Select Portfolio Servicing,    c/o KML Law Group, PC,     216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518503270       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518503272      +Temple University Hospital,    ATTN: TUH Cashier,     3401 North Broad Street,
                 Philadelphia, PA 19140-5189
518515101      +U.S. Bank, N.A.,,    Rebecca A. Solarz, Esquire,     216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518503273      +Virtua Health System,    c/o Apex Asset Management LLC,     PO Box 7044,
                 Lancaster, PA 17604-7044
518503274       Virtua-West Jersey Health System,     Lockbox #8267,    PO Box 8500,   Philadelphia, PA 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 23:10:23      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 04 2020 23:10:00
                 AmeriCredit Financial Services, Inc. dba GM Financ,    4000 Embarcadero Drive,
                 Arlington, TX 76014-4101
518503233      +E-mail/Text: bkrpt@retrievalmasters.com Aug 04 2020 23:10:20      AMCA,    PO BOX 1235,
                 Elmsford, NY 10523-0935
518520345       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 04 2020 23:10:00
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
518503234       E-mail/Text: legal@arsnational.com Aug 04 2020 23:10:05      Barclays Bank Delaware/JUNPER,
                 c/o Associated Recovery Systems,    PO Box 463023,    Escondido, CA 92046-3023
518503235      +E-mail/Text: customerservice2@benuckrainey.com Aug 04 2020 23:10:23      Breg, Inc.,
                 c/o Benuck & Rainey, Inc.,    25 Concord Road,    Lee, NH 03861-6624
518527711      +E-mail/Text: documentfiling@lciinc.com Aug 04 2020 23:09:38      COMCAST,    PO BOX 1931,
                 Burlingame, CA 94011-1931
518503236      +E-mail/Text: bnc@alltran.com Aug 04 2020 23:09:46      Capital One Bank,
                 c/o United Recovery Systems, LP,    5800 North Course Drive,    Houston, TX 77072-1613
518503241       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 23:17:35
                 Capital One Bank, USA, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518503242      +E-mail/Text: bankruptcy@cavps.com Aug 04 2020 23:10:37      Cavalry Portfolio Service,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
518617136      +E-mail/Text: bankruptcy@cavps.com Aug 04 2020 23:10:37      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Aug 04, 2020
                               Form ID: 132                 Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518503244      E-mail/Text: documentfiling@lciinc.com Aug 04 2020 23:09:29       Comcast,    PO Box 70219,
                 Philadelphia, PA 19176-0219
518503247      E-mail/PDF: creditonebknotifications@resurgent.com Aug 04 2020 23:18:04       Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518503251     +E-mail/Text: tlynch@gtmua.com Aug 04 2020 23:10:39       GTMUA,    PO BOX 216,
                 Glendora, NJ 08029-0216
518503255      E-mail/Text: data_processing@fin-rec.com Aug 04 2020 23:10:05       HSBC Card Services,
                 c/o Financial Recovery Services, Inc.,     PO Box 385908,    Minneapolis, MN 55438-5908
518503252      E-mail/Text: bkynotice@harvardcollect.com Aug 04 2020 23:11:10       Haddon Emergency Physicians,
                 c/o Harvard Collection,    4839 N Elston Avenue,    Chicago, IL 60630-2534
518513970      E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 04 2020 23:18:23       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518503260      E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 04 2020 23:17:34       Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
518615618     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 04 2020 23:10:20       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518503261     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 04 2020 23:10:20       Midland Funding, LLC,
                 3111 Camino Del Rio North,    Suite 1300,    San Diego, CA 92108-5750
518503263     +E-mail/Text: csc.bankruptcy@amwater.com Aug 04 2020 23:11:03       New Jersey American Water,
                 PO Box 578,    Alton, IL 62002-0578
518503265     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 04 2020 23:11:01
                 Progressive Garden State Ins. Co.,     c/o Credit Collection Services,    Two Wells Avenue,
                 Newton Center, MA 02459-3225
518503264     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 04 2020 23:11:01
                 Progressive Garden State Ins. Co.,     c/o Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
518503267     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 04 2020 23:11:01       Quest Diagnostics,
                 c/o Credit Collection Services,     Two Wells Avenue,    Newton Center, MA 02459-3225
518503271      E-mail/Text: appebnmailbox@sprint.com Aug 04 2020 23:10:20       Sprint,    PO Box 4191,
                 Carol Stream, IL 60197-4191
518503268     +E-mail/Text: jennifer.chacon@spservicing.com Aug 04 2020 23:11:08
                 Select Portfolio Servicing,    PO BOX 65250,    Salt Lake City, UT 84165-0250
518616234      E-mail/Text: jennifer.chacon@spservicing.com Aug 04 2020 23:11:08       U.S. Bank, N.A., et. al,,
                 c/o Select Portfolio Servicing, Inc.,     P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518503238*    +Capital One Bank,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518617138*    +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                           TOTALS: 0, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eric Clayman    on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
```

```
District/off: 0312-1           User: admin                 Page 3 of 3            Date Rcvd: Aug 04, 2020
                               Form ID: 132                Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association et al... rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7