Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29156−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   dba Tony's Custom Construction
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/28/2019 and a confirmation hearing on such Plan has been scheduled for 12/18/2019.

The debtor filed a Modified Plan on 11/2/2020 and a confirmation hearing on the Modified Plan is scheduled for 12/2/2020. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 5, 2020
JAN: lgr

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 19-29156-JNP
Anthony J. DiNuova                                                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Nov 05, 2020    Form ID: 186    Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 518503232 | | Aetna, c/o ORS, PO Box 291269, Nashville, TN 37229-1269 |
| 518565314 | + | AmeriCredit Financial Services, Inc, John R. Morton, Jr, Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518503237 | | Capital One Bank, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518503239 | + | Capital One Bank USA NA, 810 Bloomfield Avenue, West Caldwell, NJ 07006-6700 |
| 518503240 | + | Capital One Bank USA NA, c/o Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 518503243 | | Citizens Bank, c/o Central Credit Services, LLC, PO Box 1880, Saint Charles, MO 63302-1880 |
| 518503245 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518503246 | | Cooper University Healthcare, c/o Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 518503249 | | Emerg Phy Assoc of S Jers, c/o ARS, PO Box 630806, Cincinnati, OH 45263-0806 |
| 518503248 | | Emerg Phy Assoc of S Jers, c/o HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 518503250 | | GMAC, Payment Processing Center, PO Box 78143, Phoenix, AZ 85062-8143 |
| 518574056 | + | Gloucester Township Municipal Utilities Authority, Leonard J. Wood, Esquire, 1250 Chews Landing Road, Laurel Springs, NJ 08021-2816 |
| 518503254 | + | HSBC Bank Nevada, NA/Orchard Bank, c/o FBCS, Inc., 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |
| 518503253 | | Haddon Emergency Physicians, c/o Transworld Systems, Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 518503258 | #+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518503256 | + | Kennedy Health System, c/o Jefferson Cherry Hill Hospital, 2201 Chapel Avenue West, Cherry Hill, NJ 08002-2048 |
| 518503257 | + | Kennedy Health System, c/o Thomas and Cook, PO Box 598, Woodbury, NJ 08096-7598 |
| 518537062 | + | Life Storage, 851 North Black Horse Pike, Blackwood, NJ 08012-3936 |
| 518503259 | | Mainline Emergency Medicine, PO Box 415751, Boston, MA 02241-5751 |
| 518503262 | | Millenium Health, LLC, PO Box 844468, Dallas, TX 75284-4468 |
| 518606401 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518503266 | | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518537061 | + | Paula DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 518557560 | | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518519648 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 518503269 | + | Select Portfolio Servicing, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518503270 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518503272 | + | Temple University Hospital, ATTN: TUH Cashier, 3401 North Broad Street, Philadelphia, PA 19140-5189 |
| 518515101 | + | U.S. Bank, N.A.,, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518503273 | + | Virtua Health System, c/o Apex Asset Management LLC, PO Box 7044, Lancaster, PA 17604-7044 |
| 518503274 | | Virtua-West Jersey Health System, Lockbox #8267, PO Box 8500, Philadelphia, PA 19178-8267 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2020 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2020 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-29156-JNP    Doc 55    Filed 11/07/20    Entered 11/08/20 00:13:34    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: 186 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 05 2020 21:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 518503233 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 05 2020 21:14:00 | AMCA, PO BOX 1235, Elmsford, NY 10523-0935 |
| 518520345 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 05 2020 21:14:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518503234 | | Email/Text: legal@arsnational.com | Nov 05 2020 21:14:00 | Barclays Bank Delaware/JUNPER, c/o Associated Recovery Systems, PO Box 463023, Escondido, CA 92046-3023 |
| 518503235 | + | Email/Text: customerservice2@benuckrainey.com | Nov 05 2020 21:14:00 | Breg, Inc., c/o Benuck & Rainey, Inc., 25 Concord Road, Lee, NH 03861-6624 |
| 518527711 | + | Email/Text: documentfiling@lciinc.com | Nov 05 2020 21:13:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518503236 | + | Email/Text: bnc@alltran.com | Nov 05 2020 21:13:00 | Capital One Bank, c/o United Recovery Systems, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 518503241 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 05 2020 21:44:38 | Capital One Bank, USA, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518503242 | + | Email/Text: bankruptcy@cavps.com | Nov 05 2020 21:14:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 518617136 | + | Email/Text: bankruptcy@cavps.com | Nov 05 2020 21:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518503244 | | Email/Text: documentfiling@lciinc.com | Nov 05 2020 21:13:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518503247 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 05 2020 21:43:45 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518503251 | + | Email/Text: tlynch@gtmua.com | Nov 05 2020 21:14:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 518503255 | | Email/Text: data_processing@fin-rec.com | Nov 05 2020 21:14:00 | HSBC Card Services, c/o Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 518503252 | | Email/Text: bkynotice@harvardcollect.com | Nov 05 2020 21:15:00 | Haddon Emergency Physicians, c/o Harvard Collection, 4839 N Elston Avenue, Chicago, IL 60630-2534 |
| 518513970 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2020 21:43:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518503260 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2020 21:44:34 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 518615618 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 05 2020 21:14:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518503261 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 05 2020 21:14:00 | Midland Funding, LLC, 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 518503263 | + | Email/Text: csc.bankruptcy@amwater.com | Nov 05 2020 21:15:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518503264 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 05 2020 21:15:00 | Progressive Garden State Ins. Co., c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518503265 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 05 2020 21:15:00 | Progressive Garden State Ins. Co., c/o Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 518503267 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 05 2020 21:15:00 | Quest Diagnostics, c/o Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |

| 518503271 | Email/Text: appebnmailbox@sprint.com | Nov 05 2020 21:14:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 518503268 | + Email/Text: jennifer.chacon@spservicing.com | Nov 05 2020 21:15:00 | Select Portfolio Servicing, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 518616234 | Email/Text: jennifer.chacon@spservicing.com | Nov 05 2020 21:15:00 | U.S. Bank, N.A., et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518503238 | *+ | Capital One Bank, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518617138 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association et al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7