| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 | **Order Filed on December 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>19-29156 JNP</u><br><br>Adv. No.: |
| In Re:<br>    Anthony J. Dinuova<br><br>Debtor. | Hearing Date: 12/2/2020 @ 11:00 a.m.<br><br>Judge:  <u>Jerrold N. Poslusny Jr.</u> |

**ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 8, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Anthony J. Dinuova
Case No:  19-29156 JNP
Caption of Order:  ORDER DIRECTION REDACTION OF PERSONAL INFORMATION
_____

The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10, Denise Carlon, Esq. appearing, and regarding the Objection to Motion to Reinstate Stay (Docket # 58),

It is **ORDERED, ADJUDGED and DECREED** that the above document (Docket # 58) be immediately restricted from view on the Court's public docket; and

It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony J. DiNuova  
    Debtor(s)

Case No. 19-29156-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony J. DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon  
    on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman  
    on behalf of Debtor Anthony J. DiNuova jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Isabel C. Balboa  
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow  
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

John R. Morton, Jr.  
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 1

Rebecca Ann Solarz  on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association et al... rsolarz@kmllawgroup.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7