Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−29156−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   dba Tony's Custom Construction
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 4, 2021.

Dated: March 4, 2021
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony J. DiNuova  
    Debtor

Case No. 19-29156-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 04, 2021      Form ID: plncf13      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 518503232 | | Aetna, c/o ORS, PO Box 291269, Nashville, TN 37229-1269 |
| 518565314 | + | AmeriCredit Financial Services, Inc, John R. Morton, Jr, Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518503237 | | Capital One Bank, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518503239 | + | Capital One Bank USA NA, 810 Bloomfield Avenue, West Caldwell, NJ 07006-6700 |
| 518503240 | + | Capital One Bank USA NA, c/o Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 518503243 | | Citizens Bank, c/o Central Credit Services, LLC, PO Box 1880, Saint Charles, MO 63302-1880 |
| 518503245 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518503246 | | Cooper University Healthcare, c/o Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 518503249 | | Emerg Phy Assoc of S Jers, c/o ARS, PO Box 630806, Cincinnati, OH 45263-0806 |
| 518503248 | | Emerg Phy Assoc of S Jers, c/o HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 518503250 | | GMAC, Payment Processing Center, PO Box 78143, Phoenix, AZ 85062-8143 |
| 518574056 | + | Gloucester Township Municipal Utilities Authority, Leonard J. Wood, Esquire, 1250 Chews Landing Road, Laurel Springs, NJ 08021-2816 |
| 518503254 | + | HSBC Bank Nevada, NA/Orchard Bank, c/o FBCS, Inc., 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |
| 518503253 | | Haddon Emergency Physicians, c/o Transworld Systems, Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 518503258 | #+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518503257 | + | Kennedy Health System, c/o Thomas and Cook, PO Box 598, Woodbury, NJ 08096-7598 |
| 518503256 | + | Kennedy Health System, c/o Jefferson Cherry Hill Hospital, 2201 Chapel Avenue West, Cherry Hill, NJ 08002-2048 |
| 518537062 | + | Life Storage, 851 North Black Horse Pike, Blackwood, NJ 08012-3936 |
| 518503259 | | Mainline Emergency Medicine, PO Box 415751, Boston, MA 02241-5751 |
| 518503262 | | Millenium Health, LLC, PO Box 844468, Dallas, TX 75284-4468 |
| 518606401 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518503266 | | PSE&G Co, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518537061 | + | Paula DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 518557560 | | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518519648 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 518503269 | + | Select Portfolio Servicing, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518503270 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518503272 | + | Temple University Hospital, ATTN: TUH Cashier, 3401 North Broad Street, Philadelphia, PA 19140-5189 |
| 518515101 | + | U.S. Bank, N.A.,, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518503273 | + | Virtua Health System, c/o Apex Asset Management LLC, PO Box 7044, Lancaster, PA 17604-7044 |
| 518503274 | | Virtua-West Jersey Health System, Lockbox #8267, PO Box 8500, Philadelphia, PA 19178-8267 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2021 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2021 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-29156-JNP    Doc 70    Filed 03/06/21    Entered 03/07/21 00:14:43    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: plncf13 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2021 21:21:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 518503233 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 04 2021 21:22:00 | AMCA, PO BOX 1235, Elmsford, NY 10523-0935 |
| 518520345 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2021 21:21:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518503234 | | Email/Text: legal@arsnational.com | Mar 04 2021 21:21:00 | Barclays Bank Delaware/JUNPER, c/o Associated Recovery Systems, PO Box 463023, Escondido, CA 92046-3023 |
| 518503235 | + | Email/Text: customerservice2@benuckrainey.com | Mar 04 2021 21:22:00 | Breg, Inc., c/o Benuck & Rainey, Inc., 25 Concord Road, Lee, NH 03861-6624 |
| 518527711 | + | Email/Text: documentfiling@lciinc.com | Mar 04 2021 21:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518503236 | + | Email/Text: bnc@alltran.com | Mar 04 2021 21:21:00 | Capital One Bank, c/o United Recovery Systems, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 518503241 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 21:43:21 | Capital One Bank, USA, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518503242 | + | Email/Text: bankruptcy@cavps.com | Mar 04 2021 21:22:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 518617136 | + | Email/Text: bankruptcy@cavps.com | Mar 04 2021 21:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518503244 | | Email/Text: documentfiling@lciinc.com | Mar 04 2021 21:20:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518503247 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 21:43:35 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518503251 | + | Email/Text: tlynch@gtmua.com | Mar 04 2021 21:22:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 518503255 | | Email/Text: data_processing@fin-rec.com | Mar 04 2021 21:21:00 | HSBC Card Services, c/o Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 518503252 | | Email/Text: bkynotice@harvardcollect.com | Mar 04 2021 21:23:00 | Haddon Emergency Physicians, c/o Harvard Collection, 4839 N Elston Avenue, Chicago, IL 60630-2534 |
| 518513970 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 04 2021 21:42:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518503260 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 04 2021 21:44:19 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 518615618 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2021 21:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518503261 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2021 21:22:00 | Midland Funding, LLC, 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 518503263 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 04 2021 21:23:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518503264 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2021 21:23:00 | Progressive Garden State Ins. Co., c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518503265 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2021 21:23:00 | Progressive Garden State Ins. Co., c/o Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 518503267 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2021 21:23:00 | Quest Diagnostics, c/o Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: plncf13 | Total Noticed: 60 |

| 518503271 | Email/PDF: ais.sprint.ebn@americaninfosource.com | | |
|---|---|---|---|
| | | Mar 04 2021 21:42:34 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 518503268 | + Email/Text: jennifer.chacon@spservicing.com | | |
| | | Mar 04 2021 21:23:00 | Select Portfolio Servicing, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 518616234 | Email/Text: jennifer.chacon@spservicing.com | | |
| | | Mar 04 2021 21:23:00 | U.S. Bank, N.A., et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518503238 | *+ | Capital One Bank, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518617138 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021     Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Anthony J. DiNuova mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association et al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7