Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–29156–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Anthony J. DiNuova
　dba Tony's Custom Construction
　2413 Hartford Drive
　Glendora, NJ 08029

Social Security No.:
　xxx–xx–9728

Employer's Tax I.D. No.:

## NOTICE OF HEARING

　　NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:　　　　　　August 17, 2021
Time:　　　　　　11:00 AM
Location:　　　　4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**75** – Certification in Opposition to (related document:73 Creditor's Certification of Default (related document:51 Motion To Reinstate Stay as to Creditor, Select Portfolio Servicing, Inc. filed by Debtor Anthony J. DiNuova, 64 Order on Motion to Reinstate Stay) filed by Rebecca Ann Solarz on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association et al.... Objection deadline is 07/23/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Solarz, Rebecca) Modified on 7/9/2021 INCORRECT DOCUMENT UPLOADED AS MAIN DOCUMENT(lgr). filed by Creditor U.S. Bank, N.A., successor trustee to LaSalle Bank National Association et al...) filed by Eric Clayman on behalf of Anthony J. DiNuova. (Clayman, Eric)

and transact such other business as may properly come before the meeting.


Dated: July 23, 2021
JAN: lgr

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk