UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 31, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

| | | |
|---|---|---|
| In Re | Case No.: | 19-29156 |
| Anthony DiNuova | Chapter: | 13 |
| Debtor | Hearing Date: | 8/17/2021 |
| | Judge: | JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: August 31, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ 817.50_____for services rendered and expenses in the amount of $ 5.30_____for a total of $  822.80  .  The allowance is payable:

   X__ through the Chapter 13 plan as an administrative priority.

   ____ outside the plan.

The debtor's monthly plan is modified to require a payment of  $  2057.00___per month for 38 months starting September 2021 to allow for payment of the above fee.