Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-29156 (JNP)**

Anthony J. Dinuova  
2413 Hartford Drive  
Glendora, NJ  08029

Monthly Payment: $2,057.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2021 | $325.00 | 01/19/2021 | $325.00 | 01/20/2021 | $325.00 | 01/20/2021 | $325.00 |
| 02/01/2021 | $325.00 | 02/03/2021 | $325.00 | 02/23/2021 | $325.00 | 02/25/2021 | $325.00 |
| 03/02/2021 | $325.00 | 03/02/2021 | $325.00 | 03/10/2021 | $325.00 | 03/17/2021 | $325.00 |
| 03/24/2021 | $325.00 | 04/05/2021 | $325.00 | 04/07/2021 | $325.00 | 04/15/2021 | $325.00 |
| 04/22/2021 | $325.00 | 04/28/2021 | $325.00 | 05/05/2021 | $325.00 | 05/13/2021 | $325.00 |
| 05/19/2021 | $325.00 | 06/04/2021 | $325.00 | 06/07/2021 | $325.00 | 06/09/2021 | $325.00 |
| 06/16/2021 | $325.00 | 07/02/2021 | $325.00 | 07/09/2021 | $325.00 | 07/14/2021 | $325.00 |
| 07/21/2021 | $325.00 | 08/03/2021 | $325.00 | 08/05/2021 | $325.00 | 08/12/2021 | $325.00 |
| 08/19/2021 | $325.00 | 08/25/2021 | $325.00 | 09/01/2021 | $325.00 | 09/10/2021 | $325.00 |
| 09/16/2021 | $325.00 | 09/23/2021 | $325.00 | 09/28/2021 | $325.00 | 10/06/2021 | $325.00 |
| 10/13/2021 | $325.00 | 10/20/2021 | $325.00 | 10/26/2021 | $325.00 | 11/03/2021 | $325.00 |
| 11/10/2021 | $325.00 | 11/18/2021 | $325.00 | 11/24/2021 | $325.00 | 11/30/2021 | $325.00 |
| 12/16/2021 | $325.00 | 12/22/2021 | $325.00 | 12/22/2021 | $325.00 | 12/29/2021 | $325.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANTHONY J. DINUOVA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 0 | ANTHONY J. DINUOVA | 0 | $2,028.40 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $822.80 | $822.80 | $0.00 | $0.00 |
| 1 | AMCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AETNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $3,215.43 | $0.00 | $3,215.43 | $0.00 |
| 4 | BREG, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CAVALRY SPV I, LLC | 33 | $529.79 | $0.00 | $529.79 | $0.00 |
| 12 | CITIZENS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMCAST | 33 | $265.30 | $0.00 | $265.30 | $0.00 |
| 14 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | COOPER UNIVERSITY HEALTHCARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 17 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $11,066.00 | $2,305.51 | $8,760.49 | $0.00 |
| 20 | GLOUCESTER TOWNSHIP | 28 | $209.08 | $0.00 | $209.08 | $0.00 |
| 21 | HSBC BANK NEVADA, NA/ORCHARD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | HSBC CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PENDRICK CAPITAL PARTNERS II, LLC | 33 | $875.00 | $0.00 | $875.00 | $0.00 |
| 24 | HADDON EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MAINLINE EMERGENCY MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | MERRICK BANK | 33 | $865.76 | $0.00 | $865.76 | $0.00 |
| 30 | MIDLAND FUNDING, LLC | 33 | $466.97 | $0.00 | $466.97 | $0.00 |
| 31 | MILLENIUM HEALTH, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | AMERICAN WATER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PSE&G | 33 | $1,382.77 | $0.00 | $1,382.77 | $0.00 |
| 34 | PROGRESSIVE GARDEN STATE INS. CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PROGRESSIVE GARDEN STATE INS. CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SELECT PORTFOLIO SERVICING, INC. | 24 | $57,570.86 | $8,517.29 | $49,053.57 | $0.00 |
| 38 | SELECT PORTFOLIO SERVICING, INC. | 13 | $881.00 | $881.00 | $0.00 | $0.00 |
| 39 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SPRINT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | TEMPLE UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | VIRTUA-WEST JERSEY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $9,817.16 | $0.00 | $9,817.16 | $0.00 |
| 48 | AETNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | SELECT PORTFOLIO SERVICING, INC. | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2019 | 15.00 | $0.00 |
| 02/01/2021 | Paid to Date | $6,550.00 |
| 03/01/2021 | 6.00 | $2,033.00 |
| 09/01/2021 | 38.00 | $2,057.00 |
| 11/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-29156 (JNP)**

| | |
|---|---|
| Total payments received this period: | $16,900.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,083.90 |
| Arrearages: | $5,476.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**