Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-29156 (JNP)

Anthony J. Dinuova  
2413 Hartford Drive  
Glendora, NJ  08029

Monthly Payment: $2,247.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2022 | $325.00 | 01/21/2022 | $325.00 | 02/02/2022 | $325.00 | 02/10/2022 | $325.00 |
| 02/15/2022 | $325.00 | 02/22/2022 | $325.00 | 02/25/2022 | $561.75 | 03/03/2022 | $561.75 |
| 03/09/2022 | $561.75 | 03/18/2022 | $561.75 | 03/23/2022 | $561.75 | 03/30/2022 | $561.75 |
| 04/06/2022 | $561.75 | 04/13/2022 | $561.75 | 04/20/2022 | $561.75 | 04/27/2022 | $561.75 |
| 05/03/2022 | $561.75 | 05/11/2022 | $561.75 | 05/18/2022 | $561.75 | 05/26/2022 | $561.75 |
| 06/08/2022 | $561.75 | 06/14/2022 | $561.75 | 06/22/2022 | $561.75 | 06/28/2022 | $561.75 |
| 07/06/2022 | $561.75 | 07/13/2022 | $561.75 | 08/02/2022 | $561.75 | 08/10/2022 | $561.75 |
| 08/17/2022 | $561.75 | 08/24/2022 | $561.75 | 08/30/2022 | $561.75 | 09/14/2022 | $561.75 |
| 09/20/2022 | $561.75 | 09/27/2022 | $561.75 | 10/05/2022 | $561.75 | 10/12/2022 | $561.75 |
| 10/21/2022 | $561.75 | 10/25/2022 | $561.75 | 11/15/2022 | $561.75 | 11/15/2022 | $561.75 |
| 11/17/2022 | $561.75 | 11/23/2022 | $561.75 | 12/07/2022 | $561.75 | 12/19/2022 | $561.75 |
| 12/22/2022 | $561.75 | 12/22/2022 | $561.75 | 12/27/2022 | $-561.75 | 12/30/2022 | $561.75 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANTHONY J. DINUOVA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,750.00 | $4,750.00 | $0.00 | $4,750.00 |
| 0 | ANTHONY J. DINUOVA | 0 | $2,028.40 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $822.80 | $822.80 | $0.00 | $822.80 |
| 1 | AMCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AETNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $3,215.43 | $0.00 | $3,215.43 | $0.00 |
| 4 | BREG, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CAVALRY SPV I, LLC | 33 | $529.79 | $0.00 | $529.79 | $0.00 |
| 12 | CITIZENS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMCAST | 33 | $265.30 | $0.00 | $265.30 | $0.00 |
| 14 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | COOPER UNIVERSITY HEALTHCARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 17 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $11,066.00 | $5,619.71 | $5,446.29 | $2,305.51 |
| 20 | GLOUCESTER TOWNSHIP | 28 | $209.08 | $0.00 | $209.08 | $0.00 |
| 21 | HSBC BANK NEVADA, NA/ORCHARD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | HSBC CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PENDRICK CAPITAL PARTNERS II, LLC | 33 | $875.00 | $0.00 | $875.00 | $0.00 |
| 24 | HADDON EMERGENCY PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MAINLINE EMERGENCY MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | MERRICK BANK | 33 | $865.76 | $0.00 | $865.76 | $0.00 |
| 30 | MIDLAND FUNDING, LLC | 33 | $466.97 | $0.00 | $466.97 | $0.00 |
| 31 | MILLENIUM HEALTH, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | AMERICAN WATER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PSE&G | 33 | $1,382.77 | $0.00 | $1,382.77 | $0.00 |
| 34 | PROGRESSIVE GARDEN STATE INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PROGRESSIVE GARDEN STATE INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SELECT PORTFOLIO SERVICING, INC. | 24 | $57,570.86 | $27,074.95 | $30,495.91 | $8,517.29 |
| 38 | SELECT PORTFOLIO SERVICING, INC. | 13 | $881.00 | $881.00 | $0.00 | $881.00 |
| 39 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SPRINT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | TEMPLE UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | VIRTUA-WEST JERSEY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $9,817.16 | $0.00 | $9,817.16 | $0.00 |
| 48 | AETNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | SELECT PORTFOLIO SERVICING, INC. | 13 | $350.00 | $350.00 | $0.00 | $350.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2019 | 25.00 | $0.00 |
| 12/01/2021 | Paid to Date | $20,525.00 |
| 01/01/2022 | 34.00 | $2,247.00 |
| 11/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $24,420.00 |
| Total paid to creditors this period: | $17,626.60 |
| Undistributed Funds on Hand: | $2,567.20 |
| Arrearages: | $1,569.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**