Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−29156−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   dba Tony's Custom Construction
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 14, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-29156-JNP
Anthony J. DiNuova                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                 Page 1 of 4
Date Rcvd: Dec 14, 2023            Form ID: 148             Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 518503233 | + | AMCA, PO BOX 1235, Elmsford, NY 10523-0935 |
| 518503232 | | Aetna, c/o ORS, PO Box 291269, Nashville, TN 37229-1269 |
| 518565314 | + | AmeriCredit Financial Services, Inc, John R. Morton, Jr, Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518503234 | | Barclays Bank Delaware/JUNPER, c/o Associated Recovery Systems, PO Box 463023, Escondido, CA 92046-3023 |
| 518503239 | + | Capital One Bank USA NA, 810 Bloomfield Avenue, West Caldwell, NJ 07006-6700 |
| 518503243 | | Citizens Bank, c/o Central Credit Services, LLC, PO Box 1880, Saint Charles, MO 63302-1880 |
| 518503245 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518503246 | | Cooper University Healthcare, c/o Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 518574056 | + | Gloucester Township Municipal Utilities Authority, Leonard J. Wood, Esquire, 1250 Chews Landing Road, Laurel Springs, NJ 08021-2816 |
| 518503256 | + | Kennedy Health System, c/o Jefferson Cherry Hill Hospital, 2201 Chapel Avenue West, Cherry Hill, NJ 08002-2048 |
| 518537062 | + | Life Storage, 851 North Black Horse Pike, Blackwood, NJ 08012-3936 |
| 518503259 | | Mainline Emergency Medicine, PO Box 415751, Boston, MA 02241-5751 |
| 518503262 | | Millenium Health, LLC, PO Box 844468, Dallas, TX 75284-4468 |
| 518606401 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518537061 | + | Paula DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 518503269 | + | Select Portfolio Servicing, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518503272 | + | Temple University Hospital, ATTN: TUH Cashier, 3401 North Broad Street, Philadelphia, PA 19140-5189 |
| 518515101 | + | U.S. Bank, N.A.,, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518503273 | + | Virtua Health System, c/o Apex Asset Management LLC, PO Box 7044, Lancaster, PA 17604-7044 |
| 518503274 | | Virtua-West Jersey Health System, Lockbox #8267, PO Box 8500, Philadelphia, PA 19178-8267 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2023 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2023 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Dec 15 2023 01:53:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 518520345 | | EDI: PHINAMERI.COM | Dec 15 2023 01:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518503235 | + | Email/Text: legal@benuckrainey.com | Dec 14 2023 21:55:00 | Breg, Inc., c/o Benuck & Rainey, Inc., 25 Concord Road, Lee, NH 03861-6624 |
| 518527711 | + | EDI: COMCASTCBLCENT | | |

Case 19-29156-JNP    Doc 97    Filed 12/16/23    Entered 12/17/23 00:18:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 148 | Total Noticed: 58 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Dec 15 2023 01:53:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518503237 | | Email/Text: signed.order@pfwattorneys.com | Dec 14 2023 21:54:00 | Capital One Bank, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518503236 | + | EDI: URSI.COM | Dec 15 2023 01:53:00 | Capital One Bank, c/o United Recovery Systems, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 518503240 | ^ | MEBN | Dec 14 2023 21:05:19 | Capital One Bank USA NA, c/o Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 518503241 | | EDI: CAPITALONE.COM | Dec 15 2023 01:53:00 | Capital One Bank, USA, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518503242 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2023 21:55:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 518617136 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2023 21:55:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518503244 | | EDI: COMCASTCBLCENT | Dec 15 2023 01:53:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518503247 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2023 21:22:38 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518503249 | ^ | MEBN | Dec 14 2023 21:04:24 | Emerg Phy Assoc of S Jers, c/o ARS, PO Box 630806, Cincinnati, OH 45263-0806 |
| 518503248 | ^ | MEBN | Dec 14 2023 21:05:15 | Emerg Phy Assoc of S Jers, c/o HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 518503250 | | EDI: PHINAMERI.COM | Dec 15 2023 01:53:00 | GMAC, Payment Processing Center, PO Box 78143, Phoenix, AZ 85062-8143 |
| 518503251 | + | Email/Text: tlynch@gtmua.com | Dec 14 2023 21:55:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 518503254 | + | Email/Text: bknotices@fbcs-inc.com | Dec 14 2023 21:54:00 | HSBC Bank Nevada, NA/Orchard Bank, c/o FBCS, Inc., 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |
| 518503255 | | Email/Text: data_processing@fin-rec.com | Dec 14 2023 21:54:00 | HSBC Card Services, c/o Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 518503252 | | Email/Text: bkynotice@harvardcollect.com | Dec 14 2023 21:56:00 | Haddon Emergency Physicians, c/o Harvard Collection, 4839 N Elston Avenue, Chicago, IL 60630-2534 |
| 518503253 | | Email/Text: bankruptcydepartment@tsico.com | Dec 14 2023 21:55:00 | Haddon Emergency Physicians, c/o Transworld Systems, Inc., PO Box 15095, Wilmington, DE 19850-5095 |
| 518513970 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2023 21:11:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518503260 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2023 21:22:12 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 518615618 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2023 21:55:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518503261 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2023 21:55:00 | Midland Funding, LLC, 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 518503263 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 14 2023 21:55:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518557560 | | Email/Text: peritusendrick@peritusservices.com | Dec 14 2023 21:54:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518503266 | ^ | MEBN | Dec 14 2023 21:04:06 | PSE&G Co, PO Box 14444, New Brunswick, NJ |

Case 19-29156-JNP    Doc 97    Filed 12/16/23    Entered 12/17/23 00:18:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 148 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 08906-4444 |
| 518519648 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 14 2023 21:40:54 | | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 518503264 | + | EDI: CCS.COM Dec 15 2023 01:53:00 | | Progressive Garden State Ins. Co., c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 518503265 | + | EDI: CCS.COM Dec 15 2023 01:53:00 | | Progressive Garden State Ins. Co., c/o Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 518503267 | + | EDI: CCS.COM Dec 15 2023 01:53:00 | | Quest Diagnostics, c/o Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 518503271 | | EDI: AISSPRINT Dec 15 2023 01:53:00 | | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 518503268 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 14 2023 21:55:00 | | Select Portfolio Servicing, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 518503270 | ^ | MEBN Dec 14 2023 21:05:13 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518616234 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 14 2023 21:55:00 | | U.S. Bank, N.A., et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518503238 | *+ | Capital One Bank, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518617138 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518503258 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518503257 | ##+ | Kennedy Health System, c/o Thomas and Cook, PO Box 598, Woodbury, NJ 08096-7598 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Dec 14, 2023 | Form ID: 148 | Total Noticed: 58

Andrew B Finberg
    ecfmail@standingtrustee.com

Brian C. Nicholas
    on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association et al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Anthony J. DiNuova mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9