UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony J. DiNuova

| | |
|---|---|
| Case No.: | 19-29156 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: February 1, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Jeffrey Jenkins, Esq_____ for the reduction of time for a hearing on  Motion To Reopen/Motion To Vacate Dismissal _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____2/8/2024_____ at __9:00am__ in the United States Bankruptcy Court, _____400 Cooper Street Camden, NJ 08101_____, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Overnight Mail on Secured Creditor, Parties who have entered a Notice of Appearance and Request

 For Notices, Trustee. Unsecured Creditor's by regular mail. E-Mail by consent only

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Trustee _____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

  ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

  ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

  ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3